UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOLANDA M. SANDERS | CIVIL ACTION |
| VERSUS | NO. 05-2166 |
| | C/W 06-1996 |
| WASHINGTON MUTUAL HOME LOANS, INC. f/k/a FLEET MORTGAGE CORPORATION | SECTION "N" (2) |

## **O R D E R**

The Court has considered the complaint, the entire record herein, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections thereto filed by both plaintiffs, Tamika Jackson and Edwin and Sharon Riley, and defendant, Shapiro & Mentz, LLP. The Court notes that plaintiffs' counsel asserts that the Magistrate Judge awarded attorney's fees in an amount too low; and defendant asserts that the attorney's fees awarded were too high. Neither party objects to the hourly rate awarded upon which these calculations are based nor the costs awarded; and neither has provided an itemization of specific charges (by date or entry) which are the subject of their objections. While the Court recognizes that sorting through hourly charges incurred over the length of litigation that has been pending for a significant amount of time is often imprecise, the undersigned is hard pressed to disagree with the Magistrate Judge's 31-page detailed Report and Recommendation, based on the showings made by plaintiffs and defendant in their

1

respective objections. Therefore, the undersigned hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its Opinion in this matter. Consistent therewith,

**IT IS ORDERED** that the Motion for Determination of Attorney's Fees and Costs, Record Doc. No. 254, filed by plaintiffs, Tamika Jackson and Edwin and Sharon Riley, is GRANTED IN PART AND DENIED IN PART. **IT IS FURTHER ORDERED** that defendant, Shapiro & Mentz, LLP, must pay to Tamika Jackson and Edwin and Sharon Riley $39,919.37 in reasonable attorney's fees and $1,901.98 in costs.

New Orleans, Louisiana, this 10th day of February, 2009.

**KURT D. ENGELHARDT**
**United States District Judge**