THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOLANDA M. SANDERS, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL HOME LOANS, INC., f/k/a FLEET MORTGAGE CORPORATION<br><br>    Defendant. | Civil Action No. 2:05-cv-02166-c/w 2:06-cv-01996<br><br>**This pleading applies to both 05-2166 & 06-1996**<br><br>SECTION "N" (ENGELHARDT)<br>DIVISION 2 (MAGISTRATE WILKINSON, JR.) |

**FEDERAL DEPOSIT INSURANCE CORPORATION'S
UNOPPOSED CONSOLIDATED MOTION TO STAY PROCEEDINGS
PENDING EXHAUSTION OF MANDATORY ADMINISTRATIVE CLAIMS PROCESS**

Defendant Federal Deposit Insurance Corporation, in its capacity as Receiver for defendant Washington Mutual Bank ("FDIC-Receiver"), and hereby submits this Unopposed Motion to stay these consolidated actions through and until the earlier of (i) October 19, 2009, or (ii) 180 days after Plaintiff Yolanda Sanders, Consolidated Plaintiffs Edwin Riley, Jr. and Sharon Riley, and Intervenor-Plaintiffs Tamika Jackson, Charles Robinson, Andria Robinson and Alberta Metoyer, submit claims to FDIC-Receiver in the administrative claims process mandated by 12 U.S.C. §§ 1821(d)(3) through (13).

Defendant would further submit that it has consulted with opposing counsel concerning this Motion, who indicated that he was unopposed to same.

WHEREFORE, FDIC-Receiver hereby requests this Court to stay these actions until the earlier of (i) October 19, 2009, or (ii) 180 days after the named Plaintiff, Consolidated-Plaintiffs and Intervenor-Plaintiffs submit their administrative claims to FDIC-Receiver in the claims process.

Dated: February 17, 2009

Respectfully submitted,

/s/ Russell W. Rudolph
Russell W. Rudolph (La. Bar No. 19391)
Seale & Ross
P.O. Drawer 699
200 North Cate Street
Hammond, LA 70404
(985) 542-8500

Thomas M. Hefferon (pro hac vice)
Joseph F. Yenouskas (pro hac vice)
Scott B. Nardi (pro hac vice)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4000

*Attorneys for Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of February, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

Ellis B. Murov: emurov@dkslaw.com, npreston@dkslaw.com

Kevin C. Schoenberger: kcschoenberger@gmail.com, lcslaw@aol.com

Wiley G. Lastrapes, Jr: wiley@lastrapeslaw.com, wlastrapes@cox.net

Thomas M. Hefferon: thefferon@goodwinprocter.com

Meredith Moore Hayes: mhayes@dkslaw.com, aleday@dkslaw.com

Scott B. Nardi: snardi@goodwinprocter.com

Joseph F. Yenouskas: jyenouskas@goodwinprocter.com

I further certify that I have mailed the foregoing document and notice of electronic filing by email and/or first-class mail to the following non-CM/ECF participants:

Alberta Metoyer
3417 Hamburg Street
New Orleans, LA 70122

Benjamin E. Kringer
David A. Super
Julia E. Guttman
Sheila J. Kadagathur
Baker Botts, LLP (Washington)
The Warner
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400

/s/ Russell W. Rudolph